FRANK PESCE, Infant, by His Guardian ad Litem, JOSEPH PESCE, and JOSEPH PESCE, Plaintiffs, v. SHAPIRO FELT RUG CORPORATION and JAMES LAWRENCE, Defendants. JOSEPH A. BONGIORNO, JR., Appellant; KRELLBERG & FITZSIMONS, Respondents.— Order directing substitution of attorneys for plaintiff and fixing lien for services of appellant unanimously modified by awarding the appellant

twenty-five per cent of any allowance the substituted attorneys may receive on the termination of the action in addition to his disbursements, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.